# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
information associated with Facebook user ) Case No. 1:17-MJ-00290
identification information in Attachment B that are )
stored at premises controlled by Facebook )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A - PROPERTY TO BE SEARCHED.

under the competent jurisdiction of the Western District of Michigan, there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B - PARTICULAR THINGS TO BE SEIZED.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 26 U.S.C. § 5861(d) | Possession of an unregistered destructive device |

The application is based on these facts:
SEE ATTACHED CONTINUATION OF APPLICATION FOR SEARCH WARRANT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Heidi Wallace, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/6/17

_____
*Judge's signature*

City and state: Grand Rapids, Michigan      Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*