## ATTACHMENT A

### PROPERTY OR PREMISES TO BE SEARCHED

This warrant applies to information associated with the Facebook user identification information in Attachment B that is stored at premises owned, maintained, controlled, or operated by **Facebook**, a company headquartered at **1 Hacker Way, Menlo Park, California 94025**.