## ATTACHMENT B

## ITEMS TO BE SEIZED AND SEARCHED

I. **Information to be disclosed by Facebook**

1. Any and all records associated with the Facebook social networking site member accounts below. To the extent that the information described is within the possession, custody or control of Facebook, Facebook is required to disclose the following information to the government for the following accounts:

   | | |
   |---|---|
   | Name: | Dustin Hill Billy Clark |
   | User ID: | dustin.clark.564 |
   | Account #: | 100007996304677 |
   | From: | July 1, 2017 through present |

   and all membership activity associated with each account:

   a) All contact information for the subscriber: full name, user identification number, birth date, contact email addresses, physical addresses (including city, state and zip code), telephone numbers, screen names, websites and other personal identifiers.

   b) All Photoprints: all photos uploaded by that user ID and all photos uploaded by any user that may have that user tagged in them.

   c) All Neoprints: profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles and other items; Notes; Wall postings; friend lists, including the friends'

    Facebook user identification numbers and user names; groups and networks of which the user is a member, including groups' Facebook group identification numbers; all event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and other information about the user's access and use of Facebook applications.

d) All other communications and messages made or received by the user, including all private messages, deleted messages, and pending "Friend" requests.

e) All IP logs, including all records of the IP addresses that logged into the account.

f) All information about the user's access and use of Facebook Marketplace.

g) The length of service (including start date), the types of service utilized by the user and the means and source of any payments associated with the service (including any credit card or bank account number).

h) All privacy settings and other account settings.

i) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.     Purpose of the search

2. Such items will be searched and seized to locate property, evidence, fruits and instrumentalities of 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon) and/or 26 U.S.C. § 5861(d) (possession of an unregistered destructive device) by Dustin D. CLARK.